

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.90CR1065-GT |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL OF INDICTMENT AND RECALL BENCH WARRANT |
| VICTOR MANUEL SANTAMARIA-HERNANDEZ, | ) | |
| Defendant. | ) | |

Application being made by plaintiff, UNITED STATES OF AMERICA, and good cause appearing therefor,

IT IS HEREBY ORDERED that Criminal Case No. 90cr1065-GT, against defendant VICTOR MANUEL SANTAMARIA-HERNANDEZ, is hereby dismissed.

DATED: November 3, 2011.

HONORABLE GORDON THOMPSON, JR.
United States District Judge